# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| MARIE D. MILLER | CIVIL ACTION NO. 18-0894 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| CADDO PARISH SCHOOL BOARD | MAGISTRATE JUDGE HAYES |

## JUDGMENT

Before the Court is the Report and Recommendations of the Magistrate Judge. [Record Document 15]. After reviewing the record, including Plaintiff's refusal to appear at the scheduling conference or to answer the Court's order to show cause for her failure to appear, and considering the absence of objections, the Court **ADOPTS** the Report and Recommendations.

**IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE** for failure to prosecute.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 24th day of JANUARY, 2019.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE